| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>LINARES,, JOSE L | 2. Court or Organization<br><br>U.S. DISTRICT COURT NEW JERSEY | 3. Date of Report<br><br>07/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>FEDERAL COURTHOUSE<br>50 WALNUT ST. ROOM 5054<br>NEWARK, NJ 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADJUNCT PROFESSOR | SETON HALL UNIVERSITY |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/13/2000 | LAW PRACTICE OF LINARES, COVIELLO & SANTANA ESQS. AND JOSE LINARES |
| 2. | |
| 3. | |

RECEIVED 2008 JUL 17 A 11: 06 DISCLOSURE FINANCIAL OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES,, JOSE L | 07/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/07 | ADJUNCT PROFESSOR SETON HALL UNIVERSITY SALARY | $ 12,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2007 | PARTY CITY OF ORANGE, INC. SALARY |
| 2. 12/31/2007 | FANCOURT INDUSTRIES, INC. SALARY |
| 3. 12/31/2007 | PARTY CITY OF WARWICK, INC. SALARY |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES,, JOSE L | 07/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES,, JOSE L | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PARTY CITY OF ORANGE INC. | E | Dividend | O | W | | | | | |
| 2. PARTY CITY OF WARWICK INC. | E | Dividend | N | W | | | | | |
| 3. PNC BANK | A | Interest | J | T | | | | | |
| 4. NOTE RECEIVABLE LINARES MANAGEMENT | A | Interest | J | U | | | | | |
| 5. PNC BANK | A | Interest | J | T | | | | | |
| 6. NJ DAILY MUNICIPAL FUND | A | Dividend | J | T | | | | | |
| 7. LINCOLN GROWTH & INCOME | B | Dividend | K | T | | | | | |
| 8. LINCOLN SOCIAL AWARENESS | B | Dividend | K | T | | | | | |
| 9. LINCOLN AGRESSIVE GROWTH | B | Dividend | K | T | | | | | |
| 10. DELAWARE VIP TREND | F | Dividend | K | T | | | | | |
| 11. IRA SUN AMERICA | F | Dividend | O | T | | | | | |
| 12. PARTY CITY OF LINCOLN, LLC | A | Distribution | N | W | | | | | |
| 13. A & J EQUITIES, LLC | | None | K | U | | | | | |
| 14. AMERICAN SAVINGS BANK | A | Interest | J | T | | | | | |
| 15. PNC BANK | A | Interest | J | T | | | | | |
| 16. IRA FRANKLIN ADJUSTABLE US SECURITIES | A | Dividend | J | T | | | | | |
| 17. IRA MET LIFE | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES,, JOSE L | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 401 K MID CAP GROWTH FUNDS LORD ABBETT | B | Dividend | L | T | | | | | |
| 19. MET LIFE SECURITIES | F | Dividend | N | T | | | | | |
| 20. MET LIFE BANK MONEY MARKET | D | Int./Div. | L | T | BUY | 03/01 | L | | |

| 1. Income Gain Codes: | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| (See Columns C1 and D3) | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART II: PARTIES AND TERMS

SALE OF INTEREST IN LAW PRACTICEOF LINARES, COVIELLO AND SANTANA ESQS ARE UNLIQUIDATED AND CANNOT BE STATED WITH EXACTITUDE. MY REMAINING BENEFIT RANGES FROM 55% TO 70% OF FEES THAT WERE DUE TO LINARES, COVIELLO AND SANTANA. (MOSTLY MEDICAL MALPRACTICE CASES THAT WERE TRANSFRED TO OTHER LAW FIRMS AT THE TIME I LEFT PRIVATE PRACTICE SINCE I WAS THE ONLY ATTORNEY IN MY OLD LAW FIRM WITH NECCESSARY EXPERTISE TO HANDLE SAID CASES) I ANTICIPATE THAT MY INCOME FROM THIS SOURCEOVER THE NEXT TWO YEARS WILL BE BETWEEN $0 TO $1000

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

7/16/08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544